**Charles BURGETT, Appellant,**

v.

**James HOYT, Apple Creek Apartments, et al., Respondent.**

**No. WD 64336.**

Missouri Court of Appeals, Western District.

Aug. 9, 2005.

Jeffrey R. Lange, Kansas City, MO, for Appellant.

Michelle R. Stewart, Overland Park, KS, for Respondent.

Before VICTOR HOWARD, P.J., THOMAS H. NEWTON and JAMES M. SMART, JJ.

### ORDER

PER CURIAM.

Mr. Charles Burgett appeals the trial court's judgment in favor of Apple Creek Apartments. For the reasons stated in

the memorandum provided to the parties, we affirm. Rule 84.16(b).